IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM A. PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV236 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEGENT HEALTH and ALEGENT HEALTH – BERGAN MERCY HEALTH SYSTEM, d/b/a BERGAN MERCY MEDICAL CENTER, Nebraska non-profit corporations, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the joint motion for postponement of scheduling order deadlines (Filing No. 20). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is stayed pending mediation. The parties shall file a report with the Court on or before January 30, 2007, as to the status of the mediation.

DATED this 12th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court