IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM A. PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV236 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEGENT HEALTH and ALEGENT | ) | ORDER |
| HEALTH - BERGAN MERCY HEALTH | ) | |
| SYSTEM, d/b/a BERGAN MERCY | ) | |
| MEDICAL CENTER, Nebraska | ) | |
| non-profit corporations, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion
to dismiss with prejudice (Filing No. 22).  The Court finds said
motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; this action
is dismissed with prejudice, each party to pay their own costs.

DATED this 6th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court